

**KROLL HEINEMAN CARTON** Attorneys-at-Law

A New Jersey Limited Liability Company

www.krollfirm.com

Metro Corporate Campus I
99 Wood Avenue South
Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120

ATTORNEYS
Albert G. Kroll *
Raymond G. Heineman, Jr. †
Michael T. Carton ∎
Curtiss T. Jameson
John P.J. Mattiace ▲
Michael G. McNally ▲
Bradley M. Parsons
Seth Ptasiewicz ▶
Jeffrey A. Stephens

BAR ADMISSIONS
† NJ & PA Bar
▲ NJ & NY Bar
* NJ, PA & DC Bar
∎ NJ, NY & DC Bar
▶ NJ, NY & PA Bar

April 23, 2012

**VIA ELECTRONIC FILING**
Honorable Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: **New Jersey Building Laborers Statewide Benefit Funds and the Trustees Thereof, et al. v. River Drive Construction Co., Inc., et al.**
**Civil Action No.: 10-6037 (PGS)**

Dear Judge Sheridan:

This Firm represents Plaintiff New Jersey Building Laborers Statewide Benefit Funds ("Funds") and third-party defendant New Jersey Building Construction Laborers District Council ("Union") in connection with the above referenced matter. Returnable before the Court on May 7, 2012, is Defendant River Drive Construction Co., Inc.'s Motion to Dismiss the Complaint. The Funds and Union would like to invoke the provisions of L.Civ.R. 7.1(d)(5) and adjourn the motion one cycle, making it returnable on May 21, 2012. I meant to have filed this request on Friday, however through an oversight it was not filed until today.

Thank you for your consideration of this request.

Respectfully submitted,

S/ Raymond G. Heineman

Raymond G. Heineman

MGM:mgm
cc: Jedd Mendelson, Esq. (via electronic filing)

